**Miguel Angel DELGADO,
Plaintiff–Appellant,**

v.

**David BALLARD; Clarence J. Rider; James McCloud; Charlene Sotak, Sued in their Official and Individual capacity, Defendants–Appellees.**

No. 12–6360.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Miguel Angel Delgado, Appellant Pro Se. Dwayne Edward Cyrus, Jason Eric Wandling, Shuman, McCuskey & Slicer, PLLC, Charleston, West Virginia, for Appellees.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel Angel Delgado appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny his motion for appointment of counsel and affirm for the reasons stated by the district court. *Delgado v. Ballard,* 2012 WL 456937 (S.D.W.Va. Feb. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*